FILED IN OPEN COURT
ON 4-16-2026
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC
JAA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:26-CR-14-M-BM-1
NO. 4:26-CR-14-M-BM-2

███████████████████████████

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| KENDRA EDMONDSON, | ) | |
| BRITTNEY RENA DYER, | ) | |
| ████████████████ | ) | |
| | ) | |
| | ) | |

The Grand Jury charges that:

## INTRODUCTION

1. Beginning no later than in or around November 2020 and continuing through at least in or around January 2022, the defendants, KENDRA EDMONDSON ("EDMONDSON"), BRITTNEY RENA DYER ("DYER"), ████████ ████████████████████████████████ ████████████████████ conspired with each other and with others known and unknown to the Grand Jury, to engage in a housing fraud scheme to obtain emergency rental assistance designated for households financially impacted by the Covid-19 pandemic. In total, the members of the conspiracy attempted to fraudulently obtain more than $187,150.00 in emergency rental assistance from the North Carolina agency tasked with distributing Covid-related rental assistance. In addition, EDMONDSON, DYER, and ████████ engaged in a fraud upon the Paycheck Protection Program, another form of relief available during the pandemic to small business owners.

1

## NC HOPE Program

2. On March 13, 2020, President Donald J. Trump declared the existence of a national emergency in response to the Covid-19 pandemic. On March 27, 2020, Congress enacted the Coronavirus Aid, Relief, and Economic Security (CARES) Act, which was designed to provide emergency financial assistance to millions of Americans who were suffering the economic effects caused by the Covid-19 pandemic.

3. The CARES Act authorized, among other things, $5 billion in funds, administered by the United States Department of Housing and Urban Development (HUD), as a source of flexible funding for states and localities to prevent, prepare for, and respond to the coronavirus pandemic. The CARES Act also authorized the United States Department of Treasury (US Treasury), to establish a $150 billion Coronavirus Relief Fund (CRF), to assist states and localities cover expenses incurred due to the Covid-19 public health emergency.

4. In North Carolina, the Department of Public Safety used these two funding sources from the CARES Act to assist North Carolina renters stay in their homes during the pandemic. This emergency rental assistance program was run through the North Carlina Housing Opportunities for the Prevention of Evictions program, known as the "NC HOPE Program." It was funded with an initial $51.5 million HUD allocation and $66 million CRF allocation from the CARES Act.

5. On December 27, 2020, the Consolidated Appropriations Act of 2021 (CAA) became law, which included $900 billion in federal support for additional economic assistance and stimulus relief to address the ongoing Covid-19 pandemic.

2

The CAA continued many of the programs authorized under the CARES Act, as well as added new allocations and new guidance to address the continued impact on American lives. Among other things, the CAA established the Emergency Rental Assistance (ERA) program, which provided funding through the US Treasury for states to administer to households impacted by Covid-19 and unable to pay rent.

6. The State of North Carolina received a total of $1.261 billion in ERA funds from the CAA. Some of this funding went directly to North Carolina cities and counties to be disbursed locally. The majority of the funds went to the NC HOPE Program to assist financially struggling renters state-wide.

7. In total, the NC HOPE Program received $879 million from the federal government to assist North Carolina renters who faced housing insecurity due to Covid-19.

8. The NC HOPE Program assisted renters with paying up to 15 months of rent, including 12 months of arrears. It could also assist in paying utility expenses. In exchange for the NC HOPE Program funds, landlords agreed not to evict the tenant for a certain amount of time.

9. To be eligible for assistance through the NC HOPE Program, a tenant must have faced possible eviction or missed rent or utility payments anytime since April 1, 2020, and had lost income, employment, or faced financial hardship due to the Covid-19 pandemic. The tenant applicant must have occupied the rental property as their primary residence and be a named party to the lease or rental agreement. Additionally, the tenant applicant must earn an income less than or equal to eighty percent (80%) of the median income of the county of residence.

3

10.     To obtain assistance, a tenant submitted an electronic application, stating their name, rental address, contact information, household members, household income, and contact information for the landlord or utility provider. The online application also required the tenant to confirm that they lived at the address, were behind on rent or unable to pay rent or utilities due to the pandemic, and the amount owed to the landlord. The NC HOPE Program requested, but did not require, the tenant to submit a form of identification. It also requested a copy of the tenant's lease, or a written statement from the landlord identifying the amount of rent owed. The tenant was required to certify the accuracy and truthfulness of the application.

11.     If eligible to receive rental assistance, the NC HOPE Program sent a Landlord Tenant Agreement (LTA) to the email addresses provided for both the landlord and tenant. In signing the LTA, both parties were required to attest that the agreement was true and correct to the best of their knowledge.

12.     Once both parties signed the LTA, the NC HOPE Program required the landlord to submit an Internal Revenue Service Form W-9, with their name, address, filing status, and taxpayer identification number. By signing and submitting the W-9, the landlord certified under penalties of perjury the accuracy of the information.

13.     Upon approval, a check issued by the North Carolina Department of Public Safety (NCDPS) was sent through the mail directly to the landlord or utility company to pay the tenant applicant's rent or utility bills. The NC HOPE Program closed to applicants on December 17, 2021.

4

## Paycheck Protection Program

14. At all relevant times, the United States Small Business Administration (SBA) was an executive branch agency of the United States government that provided support to entrepreneurs and small businesses. The mission of the SBA was to maintain and strengthen the nation's economy by enabling the establishment and viability of small businesses and by assisting in the economic recovery of communities after disasters. As part of this effort, the SBA facilitated government-backed loans through banks, credit unions, and other lenders.

15. One source of relief provided by the CARES Act in March 2020 was the authorization of up to $349 billion in forgivable loans to small businesses for job retention and certain other expenses, through a program referred to as the Paycheck Protection Program (PPP). In or around April 2020, Congress authorized over $300 billion in additional PPP funding.

16. In order to obtain a PPP loan, a qualifying business was required to submit a loan application that was signed by an authorized representative of the business. The loan application required the business, through its authorized representative, to acknowledge the program rules and make certain affirmative certifications in order to be eligible to obtain the loan. As part of the application, the business, through its authorized representative, was also required to state its average monthly payroll expenses and its number of employees, among other things. This information was used to calculate the amount of money the business was eligible to receive under the PPP. In addition, the business was required to provide documentation to support its reported payroll expenses.

17.   A PPP loan application was processed by a participating financial institution ("lender").   If a PPP loan application was approved, the lender would fund the loan using its own monies, which were guaranteed by the SBA.   Data from the application, including information about the borrower, the total amount of the loan, and the listed number of employees, was transmitted by the lender to the SBA in the course of processing the loan.

18.   PPP loan proceeds were required to be used by the business on certain permissible expenses, including payroll costs, mortgage interest, rent, and utilities. Under the applicable PPP rules and guidance, the interest and principal on the loan was eligible for forgiveness if the business was eligible for the loan it received, spent the loan proceeds on these permissible expense items within a designated period of time, and used a certain portion of the loan proceeds for payroll expenses.

## COUNT ONE

19.   The preceding paragraphs of this Indictment are incorporated herein by reference as factual allegations.

20.   Beginning from a date unknown, but no later than November 2020 and continuing through at least January 2022, both dates being approximate and inclusive, in the Eastern District of North Carolina and elsewhere, the defendants, KENDRA EDMONDSON, BRITTNEY RENA DYER, ███████████████████ ████████████████████████████████ did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons, known and unknown to the Grand Jury, to commit an offense against the United States, that is, Mail Fraud, in violation of 18 U.S.C. § 1341.

6

## Object of the Conspiracy

21. The principal object of the conspiracy and the scheme and artifice was for EDMONDSON, DYER, ████████████████████████, and their co-conspirators to enrich themselves by fraudulently obtaining emergency rental assistance from the NC HOPE Program, the agency tasked with distributing funds to North Carolina renters who faced eviction and homelessness due to the Covid-19 pandemic.

## Manner and Means of the Conspiracy

The manner and means used to accomplish the object of the conspiracy and the scheme and artifice included, but was not limited to, the following:

22. It was a part of the conspiracy and scheme and artifice that EDMONDSON, DYER, ████████████████████████, and one or more co-conspirators submitted and caused to be submitted false and fraudulent NC HOPE Program applications to the North Carolina Department of Public Safety via the Internet to obtain emergency rental assistance.

23. As part of the conspiracy and artifice, EDMONDSON, DYER, ██ ████████████████ and one or more co-conspirators falsely certified on NC HOPE Program documents that they were landlords of properties in which the tenant was in need of financial assistance for rent due to hardship caused by the pandemic. EDMONDSON, DYER, ████████████████, were not the landlords of the certain properties with the certain tenants in the Eastern District of North Carolina that are the subject of this matter.

7

24. As part of the conspiracy and artifice, ███████████, and one or more co-conspirators falsely certified on NC HOPE Program documents that ███████████ was a tenant of properties in which the tenant was in need of financial assistance for rent due to hardship caused by the pandemic. Neither EDMONDSON, DYER, █ ████████████████████████████ landlord of the certain properties in the Eastern District of North Carolina that are the subject of this matter.

25. As part of the conspiracy and artifice, EDMONDSON, DYER, █ ████████████████████████, and one or more co-conspirators, obtained NC HOPE Program checks via the U.S. mail that were intended to be issued to landlords of properties in which tenants were in need of rental assistance. EDMONDSON, DYER, ████████████████████████ and one or more co-conspirators negotiated the checks at banks to enrich themselves, ███████████ and others, knowing the funds were fraudulently obtained through false statements and certifications to the NC HOPE Program.

## USE OF THE MAILS

26. Therefore, between November 2020 and January 2022, both dates being approximate and inclusive, in the Eastern District of North Carolina and elsewhere, the defendants, KENDRA EDMONDSON, BRITTNEY RENA DYER, ███████ ████████████████████████████████████ with the intent to defraud, devised and attempted to devise, and willfully participated in, with knowledge of its fraudulent nature, the above-described conspiracy and scheme and

8

Case 4:26-cr-00014-M-BM    Document 18    Filed 04/22/26    Page 8 of 23

artifice to defraud and obtain money by materially false and fraudulent pretenses, representations, and promises.

27. For each row in the table below, on the approximate dates listed in each row, in the Eastern District of North Carolina and elsewhere, the defendants, KENDRA EDMONDSON, BRITTNEY RENA DYER, ███████████ ████████████████████████████ for purposes of executing and attempting to execute the above-described conspiracy and scheme and artifice to defraud, knowingly caused to be delivered by mail and private commercial interstate carrier, according to the direction thereon, the matter listed in the table below:

| DEFENDANT(S) | APPLICATION | MAILING | MAIL MATTER |
|---|---|---|---|
| Kendra Edmondson and ███████ | APP-00040075 | 5/10/2021 | NCDPS check number 964249 issued to ███████████ for $7,500.00 in rental assistance for the purported tenant co-conspirator, Kendra Edmondson, mailed by NCDPS to Lenoir County, North Carolina. |
| Kendra Edmondson and ██████ | APP-00057306 | 6/1/2021 | NCDPS check number 010184 issued to ███████████ for $5,600.00 in rental assistance for the purported tenant co-conspirator, Kendra Edmondson, mailed by NCDPS to Lenoir County, North Carolina. |
| ███████████ | ███████████ | ███████████ | ███████████ |
| Brittney Dyer and Kendra Edmondson | APP-00067938 | 06/17/2021 | NCDPS check number 017009 issued to Brittany Dyer for $8,195.00 in rental assistance for the purported tenant, R.K., mailed by NCDPS to Lenoir County, North Carolina. |

9

| | | | |
|---|---|---|---|
| ██████████ | ██████████ | ██████████ | ██████████ |
| Brittney Dyer and Kendra Edmondson | APP-00073054 | 07/01/2021 | NCDPS check number 025491 issued to Brittney Dyer for $4,470.00 in rental assistance for the purported tenant, D.G., mailed by NCDPS to Lenoir County, North Carolina. |
| ██████████ | ██████████ | ██████████ | ██████████ |
| Brittney Dyer and Kendra Edmondson | APP-00078725 | 7/1/2021 | NCDPS check number 025494 issued to Brittney Dyer for $8,195.00 in rental assistance for the purported tenant, K.C., mailed by NCDPS to Lenoir County, North Carolina. |
| Brittney Dyer | APP-00079780 | 8/9/2021 | NCDPS check number 066485 issued to Brittney Dyer for $8,940.00 in rental assistance for the purported tenant, J.H., mailed by NCDPS to Lenoir County, North Carolina. |
| Brittney Dyer | APP-00080507 | 8/9/2021 | NCDPS check number 066483 issued to Brittney Dyer for $8,195.00 in rental assistance for the purported tenant, B.S., mailed by NCDPS to Lenoir County, North Carolina. |

10

| | | | |
|---|---|---|---|
| Brittney Dyer | APP-00082363 | 7/7/2021 | NCDPS check number 030100 issued to Brittney Dyer for $8,195.00 in rental assistance for the purported tenant, R.M., mailed by NCDPS to Lenoir County, North Carolina. |
| Brittney Dyer and Kendra Edmondson | APP-00086619 | 7/15/2021 | NCDPS check number 036730 issued to Brittney Dyer for $8,195.00 in rental assistance for the purported tenant, R.C., mailed by NCDPS to Lenoir County, North Carolina. |
| ▆▆▆ Kendra Edmondson | APP-00087756 | 8/11/2021 | NCDPS check number 071186 issued to ▆▆▆ for $8,940.00 in rental assistance for the purported tenant, G.H., mailed by NCDPS to Lenoir County, North Carolina. |
| Brittney Dyer and Kendra Edmondson | APP-00089643 | 7/21/2021 | NCDPS check number 042146 issued to Brittany Dyer for $8,940.00 in rental assistance for the purported tenant, I.W., mailed by NCDPS to Lenoir County, North Carolina. |
| Brittney Dyer and Kendra Edmondson | APP-00091770 | 7/15/2021 | NCDPS check number 036739 issued to Brittany Dyer for $8,940.00 in rental assistance for the purported tenant, G.W., mailed by NCDPS to Lenoir County, North Carolina. |
| Brittney Dyer and Kendra Edmondson | APP-00093617 | 7/27/2021 | PT MAP NCDPS check number 049436 issued to Brittany Dyer for $8,940.00 in rental assistance for the purported tenant, C.D., mailed by NCDPS to Lenoir County, North Carolina. |

11

| | | | |
|---|---|---|---|
| Brittney Dyer and Kendra Edmondson | APP-00093871 | 7/16/2021 | NCDPS check number 039254 issued to Brittany Dyer for $9,900.00 in rental assistance for the purported tenant, J.O., mailed by NCDPS to Lenoir County, North Carolina. |
| ████████ | ████████ | ████████ | ████████ |
| Kendra Edmondson | APP-00104098 | 7/28/2021 | NCDPS check number 050721 issued to ████ for $9,900.00 in rental assistance for the purported tenant, K.C., mailed by NCDPS to Lenoir County, North Carolina. |
| ████████ | ████████ | ████████ | ████████ |

All in violation of Title 18, United States Code, Section 1349.

*[Continued on next page]*

12

Case 4:26-cr-00014-M-BM    Document 18    Filed 04/22/26    Page 12 of 23

## COUNTS TWO THROUGH TWENTY-FOUR

28. The preceding paragraphs of this Indictment are incorporated herein by reference as factual allegations.

29. Beginning from a date unknown, but no later than November 2020 and continuing through at least January 2022, both dates being approximate and inclusive, in the Eastern District of North Carolina and elsewhere, the defendants, KENDRA EDMONDSON, BRITTNEY RENA DYER, ████████████████████ ████████████████████████████████████, aiding and abetting each other with the intent to defraud, devised a scheme and artifice to defraud and obtain money and property by materially false and fraudulent pretenses, representations, and promises, and for purposes of executing or attempting to execute the scheme, used the mails and caused the mails to be used, in violation of Title 18, United States Code, Sections 1341 and 2.

30. For each count in the table below, on the approximate dates listed for each count, in the Eastern District of North Carolina and elsewhere, the defendants, KENDRA EDMONDSON, BRITTNEY RENA DYER, ████████████████████ ████████████████████████████ aiding and abetting each other and others known and unknown to the Grand Jury, for purposes of executing and attempting to execute the above-described conspiracy and scheme and artifice to defraud, knowingly caused to be delivered by mail and private and commercial interstate carrier, according to the direction thereon, the matter listed in the table below:

*[Continued on next page]*

13

| COUNT | DEFENDANT(S) | APPLICATION | MAILING | MAIL MATTER |
|---|---|---|---|---|
| 2 | Kendra Edmondson and ▮▮▮▮ | APP-00040075 | 5/10/2021 | NCDPS check number 964249 issued to ▮▮▮▮ for $7,500.00 in rental assistance for the purported tenant co-conspirator, Kendra Edmondson, mailed by NCDPS to Lenoir County, North Carolina. |
| 3 | Kendra Edmondson and ▮▮▮▮ | APP-00057306 | 6/1/2021 | NCDPS check number 010184 issued to ▮▮▮▮ for $5,600.00 in rental assistance for the purported tenant co-conspirator, Kendra Edmondson, mailed by NCDPS to Lenoir County, North Carolina. |
| 4 | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| 5 | Brittney Dyer and Kendra Edmondson | APP-00067938 | 06/17/2021 | NCDPS check number 017009 issued to Brittany Dyer for $8,195.00 in rental assistance for the purported tenant, R.K., mailed by NCDPS to Lenoir County, North Carolina. |
| 6 | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| 7 | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |

Case 4:26-cr-00014-M-BM    Document 18    Filed 04/22/26    Page 14 of 23

| | | | | |
|---|---|---|---|---|
| 8 | Brittney Dyer and Kendra Edmondson | APP-00073054 | 07/01/2021 | NCDPS check number 025491 issued to Brittney Dyer for $4,470.00 in rental assistance for the purported tenant, D.G., mailed by NCDPS to Lenoir County, North Carolina. |
| 9 | ███████ | ███████ | ███████ | ███████ |
| 10 | Brittney Dyer and Kendra Edmondson | APP-00078725 | 7/1/2021 | NCDPS check number 025494 issued to Brittney Dyer for $8,195.00 in rental assistance for the purported tenant, K.C., mailed by NCDPS to Lenoir County, North Carolina. |
| 11 | Brittney Dyer | APP-00079780 | 8/9/2021 | NCDPS check number 066485 issued to Brittney Dyer for $8,940.00 in rental assistance for the purported tenant, J.H., mailed by NCDPS to Lenoir County, North Carolina. |
| 12 | Brittney Dyer | APP-00080507 | 8/9/2021 | NCDPS check number 066483 issued to Brittney Dyer for $8,195.00 in rental assistance for the purported tenant, B.S., mailed by NCDPS to Lenoir County, North Carolina. |
| 13 | Brittney Dyer | APP-00082363 | 7/7/2021 | NCDPS check number 030100 issued to Brittney Dyer for $8,195.00 in rental assistance for the purported tenant, R.M., mailed by NCDPS to Lenoir County, North Carolina. |

Case 4:26-cr-00014-M-BM    Document 18    Filed 04/22/26    Page 15 of 23

| | | | | |
|---|---|---|---|---|
| 14 | Brittney Dyer and Kendra Edmondson | APP-00086619 | 7/15/2021 | NCDPS check number 036730 issued to Brittney Dyer for $8,195.00 in rental assistance for the purported tenant, R.C., mailed by NCDPS to Lenoir County, North Carolina. |
| 15 | ▆▆▆▆ and Kendra Edmondson | APP-00087756 | 8/11/2021 | NCDPS check number 071186 issued to ▆▆▆ ▆▆▆ for $8,940.00 in rental assistance for the purported tenant, G.H., mailed by NCDPS to Lenoir County, North Carolina. |
| 16 | Brittney Dyer and Kendra Edmondson | APP-00089643 | 7/21/2021 | NCDPS check number 042146 issued to Brittany Dyer for $8,940.00 in rental assistance for the purported tenant, I.W., mailed by NCDPS to Lenoir County, North Carolina. |
| 17 | Brittney Dyer and Kendra Edmondson | APP-00091770 | 7/15/2021 | NCDPS check number 036739 issued to Brittany Dyer for $8,940.00 in rental assistance for the purported tenant, G.W., mailed by NCDPS to Lenoir County, North Carolina. |
| 18 | Brittney Dyer and Kendra Edmondson | APP-00093617 | 7/27/2021 | NCDPS check number 049436 issued to Brittany Dyer for $8,940.00 in rental assistance for the purported tenant, C.D., mailed by NCDPS to Lenoir County, North Carolina. |
| 19 | Brittney Dyer and Kendra Edmondson | APP-00093871 | 7/16/2021 | NCDPS check number 039254 issued to Brittany Dyer for $9,900.00 in rental assistance for the purported tenant, J.O., mailed by NCDPS to Lenoir County, North Carolina. |

16

| | | | | |
|---|---|---|---|---|
| 20 | | | | |
| 21 | Kendra Edmondson | APP-00104098 | 7/28/2021 | NCDPS check number 050721 issued to ███ ███ for $9,900.00 in rental assistance for the purported tenant, K.C., mailed by NCDPS to Lenoir County, North Carolina. |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |

Each row of the foregoing table constituting a separate violation of Title 18, United States Code, Sections 1341 and 2.

[Continued on next page]

17

31. The preceding paragraphs of this Indictment are incorporated herein by reference as factual allegations.

32. From at least in or around May 2021, and continuing until at least in or about June 2021, both dates being approximate and inclusive, in the Eastern District of North Carolina and elsewhere, the defendant, KENDRA EDMONDSON, knowingly devised a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises by way of falsifying a PPP loan application, form, and other documents for the fraudulent and unlawful purpose of obtaining government funds.

33. It was part of the scheme and artifice that EDMONDSON falsely certified, and caused to be certified, that EDMONDSON's individual PPP loan application and supporting documentation were true and accurate. Among other things, EDMONDSON falsely certified on EDMONDSON's individual PPP loan application that EDMONDSON earned $125,423.00 in gross income in 2019 for a "hair" business.

## USE OF THE WIRES

34. On or about the date set forth below, in the Eastern District of North Carolina and elsewhere, the Defendant, KENDRA EDMONDSON, for the purpose of executing the scheme described above, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below:

*[Continued on next page]*

18

| COUNT | DATE | WIRE |
|---|---|---|
| 25 | 6/3/2021 | A NOTE signed via the Internet by way of DocuSign using IP Address 166.182.84.153, and submitted to the SBA-approved lenders. |

All in violation of Title 18, United States Code, Section 1343.

## COUNT TWENTY-SIX

35. The preceding paragraphs of this Indictment are incorporated herein by reference as factual allegations.

36. From at least in or around April 2021, and continuing until at least in or about May 2021, both dates being approximate and inclusive, in the Eastern District of North Carolina and elsewhere, the defendant, BRITTNEY RENA DYER, knowingly devised a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises by way of falsifying a PPP loan application, form, and other documents for the fraudulent and unlawful purpose of obtaining government funds and using those funds to pay for personal expenses.

37. It was part of the scheme and artifice that DYER falsely certified, and caused to be certified, that DYER's individual PPP loan application and supporting documentation were true and accurate. Among other things, DYER falsely certified on DYER's individual PPP loan application that DYER earned $100,000.00 in gross income in 2020 for a "Home Health, Hospics, Home Care, Caregiver" business.

## USE OF THE WIRES

38. On or about the date set forth below, in the Eastern District of North Carolina and elsewhere, the Defendant, BRITTNEY DYER, for the purpose of

19

executing the scheme described above, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below:

| COUNT | DATE | WIRE |
|-------|------|------|
| 26 | 5/14/2021 | A NOTE signed via the Internet by way of DocuSign using IP Address 107.77.249.5, and submitted to the SBA-approved lenders. |

All in violation of Title 18, United States Code, Section 1343.

## COUNT TWENTY-SEVEN

39. ███████████████████████████████████████

████████████████████████

██ ████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████

██ █ ███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████ ███████████

███████████████████████████████████████████

20



## USE OF THE WIRES

42. ████████████████████████████████████

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any offense charged herein constituting "specified unlawful activity" (as defined in 18 U.S.C. §§ 1956(c)(7) and 1961(1)), or a conspiracy to commit such offense, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), as made applicable by 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the said offense.

*[Continued on next page]*

21

The forfeitable property includes, but is not limited to, the following:

<u>Forfeiture Money Judgment:</u>

a) A sum of money representing the gross proceeds of the offense(s) charged herein against KENDRA EDMONDSON.

b) A sum of money representing the gross proceeds of the offense(s) charged herein against BRITTNEY RENA DYER.

c) A sum of money representing the gross proceeds of the offense(s) charged herein against █████████████████████

d) A sum of money representing the gross proceeds of the offense(s) charged herein against ███████████████ and

e) A sum of money representing the gross proceeds of the offense(s) charged herein against ██████████████

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

*[Signatures on next page]*

22

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Foreperson

Date: 4/14/26

W. ELLIS BOYLE
United States Attorney

BY:

MATTHEW R. PETRACCA
Special Assistant United States Attorney

23