IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. <u>4:26-CR-14-M-BM-1</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NOTICE OF |
| | ) | SUBSTITUTION |
| KENDRA EDMONDSON, | ) | |
| BRITTNEY RENA DYER, | ) | |
| Defendants. | ) | |

Now Comes the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and hereby requests that the undersigned attorney be substituted as counsel for the Government, and that Mattew R. Petracca be removed from the court's docket as counsel for the Government.

Respectfully submitted, this 26th day of May 2026.

W. ELLIS BOYLE
United States Attorney

BY: */s/ Ethan Ontjes*
ETHAN ONTJES
Assistant U.S. Attorney
Criminal Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone No. 919-856-4095
Email: ethan.ontjes@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have this 26th day of May 2026, served a copy of the foregoing Government's Notice of Substitution upon the defendants by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

Robert Johnson Parrott
Federal Public Defender - EDNC
150 Fayetteville Street Mall, Suite 450
Raleigh, NC 27601
919-857-4479
Email: robert_parrott@fd.org

BY:  */s/ Ethan Ontjes*
ETHAN ONTJES
Assistant U.S. Attorney
Criminal Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone No. 919-856-4095
Email: ethan.ontjes@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this 26th day of May 2026, served a copy of the foregoing Government's Notice of Substitution upon the defendants by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

Elisa Cyre Salmon
The Salmon Law Firm, LLP
P.O. Box 185
Lillington, NC 27546
910-984-1012
Fax: 910-893-4608
Email: esalmon@salmonfirm.com

BY: */s/ Ethan Ontjes*
ETHAN ONTJES
Assistant U.S. Attorney
Criminal Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone No. 919-856-4095
Email: ethan.ontjes@usdoj.gov